IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXTER BRAY | : |
| | : |
| v. | : Civil Action No. 07-693 GMS |
| | : |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : |
| | : |

## **O R D E R**

WHEREAS, on November 2, 2007, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on March 4, 2008, an Answer to the Complaint was filed by Michael Astrue (D.I. 10);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared, proposed briefing schedule to the court by April 4, 2008.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

March 6, 2008