IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXTER L. BRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-693-GMS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 21st day of April upon consideration of the Motion for Remand, it is hereby ORDERED that such motion is granted and this action is remanded to Defendant for further evaluation under sentence four of 42 U.S.C. § 405(g).

BY THE COURT:


J.



FILED

APR 21 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE